**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2002 OCT 16  A 10: 28

| | |
|---|---|
| WILLIAM M. CHAIRES | : |
| | : |
| | : |
| v. | : Civil Action No. CCB-02-1940 |
| | : |
| | : |
| CHEVY CHASE BANK, F.S.B. | : |
| | : |
| | : |

**ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1.   William M. Chaires' appeal of the bankruptcy court's orders of March 8, 2001 and April 5, 2001 is **DISMISSED** for lack of jurisdiction;

2.   the bankruptcy court's order of May 1, 2002 allowing attorneys' fees and costs of $70,809.80 is **AFFIRMED**;

3.   copies of this Order and the accompanying Memorandum shall be sent to Chaires and counsel of record; and

4.   the clerk of the court shall **CLOSE** this case.

_Oct. 16, 2002_
Date

Catherine C. Blake
United States District Judge